Marion deV. COTTEN,
Plaintiff-Appellant,
v.

BOARD OF REGENTS OF the UNIVERSITY SYSTEM OF GEORGIA et al., Defendants-Appellees.

No. 74–2932.

United States Court of Appeals,
Fifth Circuit.

July 9, 1975.

Rehearing Denied Aug. 14, 1975.

John B. Long, Augusta, Ga., for plaintiff-appellant.

Gould B. Hagler, Augusta, Ga., for Moretz and Curtis.

Alfred L. Evans, Jr., Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.

Before GODBOLD, Circuit Judge, SKELTON, Associate Judge,* and GEE, Circuit Judge.

PER CURIAM:

We agree with the findings and legal conclusions of the district court, which appear at 395 F.Supp. 388.  The judgment is

Affirmed.

* Of the U. S. Court of Claims, sitting by designation.